U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

MAR 20   1 51 PM '00

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

David Michaud,
        Plaintiff

        v.                                 Civil No. 00-35-M
                                           Opinion No. 2000DNH068

Wayne Perreault; Michael McQuade;
and City of Rochester, NH,
        Defendants

                        O R D E R

        After due consideration of the objection filed, I herewith

approve the Report and Recommendation of Magistrate Judge

Muirhead dated March 8, 2000.

        This dismissal counts as a strike against the plaintiff

under 28 U.S.C. § 1915(g).



        **SO ORDERED.**

                                    _____
                                    Steven J. McAuliffe
                                    United States District Judge

March 20, 2000

cc:  David Michaud, pro se